WALTERIA M. SPAULDING v. R. J. REYNOLDS TOBACCO COMPANY, INC.

No. 254A89

(Filed 18 January 1990)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 93 N.C. App. 770, 379 S.E.2d 49 (1989), affirming an order of summary judgment for defendant entered by *DeRamus, J.*, on 28 January 1988 in Superior Court, FORSYTH County. Heard in the Supreme Court 12 December 1989.

*Kennedy, Kennedy, Kennedy and Kennedy, by Harold L. Kennedy, III and Harvey L. Kennedy, for plaintiff-appellant.*

*Womble, Carlyle, Sandridge & Rice, by W. Andrew Copenhaver, M. Ann Anderson and Richard L. Rainey, for defendant-appellee.*

PER CURIAM.

Affirmed.